NO. 07-04-0294-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

JANUARY 12, 2005

_____

JOE W. NELSON, APPELLANT

V.

LUBBOCK CENTRAL APPRAISAL DIST., APPELLEE

_____

FROM THE 99TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2000-732,542; HONORABLE SAM MEDINA, JUDGE

_____

Before QUINN and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

As assignee of Joe W. Nelson, appellant Samuel Brown Silverman perfected this appeal from the trial court's order granting claims to excess proceeds. By letter dated November 30, 2004, this Court notified Silverman that appellant's brief was due on or before December 30, 2004, indicating that failure to comply might result in dismissal for

want of prosecution pursuant to Rule 38.8(a)(1) of the Texas Rules of Appellate Procedure. Silverman did not respond and the brief remains outstanding.

Accordingly, we dismiss this appeal for want of prosecution and failure to comply with a directive of this Court. *See* Tex. R. App. P. 38.8(a)(1); 42.3(b) & (c).

Don H. Reavis
Justice